**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, <br><br> Plaintiffs, <br> v. <br><br> APPLE INC., ET AL. | Case No. 2:13-cv-00361-JRG <br><br> CONSOLIDATED |
| BUFFALO TECHNOLOGY (USA) INC. | Case No. 2:13-cv-00364-JRG |

**JOINT MOTION TO DISMISS BUFFALO AMERICAS, INC.**
**(f/k/a BUFFALO TECHNOLOGY (USA) INC.) WITH PREJUDICE**

Plaintiffs Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny ("Freenys") and Defendant Buffalo Americas, Inc. (f/k/a Buffalo Technology (USA) Inc.) ("Buffalo") announce to the Court that they have settled their claims for relief asserted in this cause and thus move this Court to dismiss with prejudice all pending claims and counterclaims, including all claims by the Freenys against Buffalo, and all claims by Buffalo against the Freenys. Each party is to bear its own costs and fees. A proposed order accompanies this Motion.

Dated: February 13, 2014            Respectfully submitted,

                                    */s/ Richard C. Lin*

                                    BANYS, P.C.
                                    Christopher D. Banys   SBN: 230038 (California)
                                    Richard C. Lin         SBN: 209233 (California)
                                    Jennifer L. Gilbert    SBN: 255820 (California)
                                    Banys, P.C.
                                    1032 Elwell Court. Suite 100
                                    Palo Alto, CA 94303
                                    Tel: (650) 308-8505
                                    Fax: (650) 353-2202

cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com

LOCAL COUNSEL:

WARD & SMITH LAW FIRM
Wesley Hill          SBN: 24032294
P.O. Buffalo 1231
1127 Judson Road, Suite 220
Longview, TX 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFFS CHARLES C. FREENY III, BRYAN E. FREENY, AND JAMES P. FREENY**

*/s/ Myall S. Hawkins*_____

Lisa H. Meyerhoff
State Bar No. 14000255
Email: Lisa.Meyerhoff@bakermckenzie.com
Myall S. Hawkins
State Bar No. 09250320
Email: Myall.Hawkins@bakermckenzie.com
Tan H. Pham
State Bar No. 24046628
Email: Tan.Pham@bakermckenzie.com


BAKER & McKENZIE LLP
700 Louisiana, Suite 3000
Houston, Texas 77002-2871
Telephone: (713) 427-5000
Facsimile: (713) 427-5099

**ATTORNEYS FOR DEFENDANT/ COUNTERPLAINTIFF BUFFALO AMERICAS, INC. (f/k/a BUFFALO TECHNOLOGY (USA) INC.)**

**CERTIFICATE OF SERVICE**

I hereby certify that the attached Joint Motion To Dismiss Buffalo Americas, Inc. Americas, Inc. (f/k/a Buffalo Technology (USA) Inc.) with Prejudice is being served via the Court's CM/ECF system on February 13, 2014 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3).

              _/s/ Richard C. Lin_____

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel for Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny has met and conferred with counsel for Buffalo Americas, Inc. (f/k/a Buffalo Technology (USA) Inc.) regarding this Joint Motion to Dismiss Buffalo Americas, Inc. with Prejudice, and the Parties have agreed to the requested relief and to file the motion jointly.

              _/s/ Richard C. Lin _____