# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, AND JAMES P. FREENY, <br><br>*Plaintiffs*, <br><br>v. <br><br>APPLE INC. | § § § § § § § § § § | CASE NO. 2:13-CV-361 (LEAD CASE) |
| ASUS COMPUTER INTERNATIONAL | § | CASE NO. 2:13-CV-0362 |
| BELKIN INTERNATIONAL, INC. | § § | CASE NO. 2:13-CV-0363 |
| D-LINK SYSTEMS, INC. | § | CASE NO. 2:13-CV-0365 |
| NETGEAR, INC. | § | CASE NO. 2:13-CV-0367 |
| RUCKUS WIRELESS, INC. | § | CASE NO. 2:13-CV-0368 |
| TP-LINK USA CORPORATION | § | CASE NO. 2:13-CV-0369 |
| VIZIO, INC. | § | CASE NO. 2:13-CV-0370 |

## **ORDER**

Before the Court is Plaintiff's Motion to Adopt Model Order Focusing Patent Claims and Prior Art to Reduce Costs (Dkt. No. 70). Having considered the parties' written submissions, the Court hereby **GRANTS-IN-PART** and **DENIES-IN-PART** Plaintiff's motion. It is hereby **ORDERED** that this District's Model Order Focusing Patent Claims and Prior Art to Reduce Costs, promulgated in General Order No. 13-20 on October 29, 2013 is hereby **ADOPTED** in this case in every respect, **EXCEPT THAT** an increase in Defendants' Final Election of Asserted Prior Art from nine references and combinations to thirteen is approved and authorized.

**So ORDERED and SIGNED this 2nd day of April, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE